NATHAN (Mrs. ALFRED NATHAN, JR.), Respondent. (Action No. 1.) HELEN VOGEL STERN (Mrs. ALLISON STERN), Appellant, v. RUTH ERLANGER NATHAN (Mrs. ALFRED NATHAN, JR.), Respondent. (Action No. 2.) Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANCES BECKER, an Infant, by Mrs. BENJ. FUCHS, Her Guardian ad Litem, Respondent, v. NEW YORK TRUST COMPANY, Trustee for FRANK D. FINLAY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ETHEL WIEN, Respondent, v. NATHAN I. WIEN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH KESSLER, Respondent, v. BEN FLIGEL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALBERT AROWITZ and Another, etc., Appellants, v. ISAAC BARROWS and UNITED POWER LAUNDRIES, INC., Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SALVATORE PEDOTO, Respondent, v. MUSHROOM TRANSPORTATION COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of EDWARD A. BROWN, an Attorney.— Motion denied. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of LEON C. SHULTZ, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of WILLIAM R. KLEIN, an Attorney.— Reference ordered. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

IDA PEKARSKY, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Defendant. JOSEPH GANS, Appellant.— Order entered January 10, 1933, modified by striking out the last two paragraphs thereof, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant, and the matter remitted to Hon. John M. Tierney, official referee, to take proof of the value of the services of plaintiff's original attorney. Appeal from order denying motion for reargument dismissed. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Assignment for the Benefit of Creditors of WALKER & HEISLER, INC., Assignor, to FRANK H. DEKNATEL, Assignee, Appellant. CHARLES V. HOFFMAN, Respondent.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

BENJAMIN YEDWABNIK, an Infant, by HENRY YEDWABNIK, His Guardian ad Litem, and HENRY YEDWABNIK v. STANDARD OIL COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ERICH HERZOG v. SACHS QUALITY FURNITURE Co., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied,

with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon said defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ADOLF KRAUSHOFER v. MORRIS MILLER.— Motion for reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of LEWIS M. FRANKLIN to Modify the Judgment of Divorce in the Action of FAY D. FRANKLIN v. LEWIS M. FRANKLIN.— Motion for reargument granted as indicated in order. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

RUFUS L. WILBOR v. CHANDLER & COMPANY, INC., and Another.— Motion for reargument denied, with ten dollars costs. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

MISSOURI STATE LIFE INSURANCE COMPANY, a Corporation, v. ADELAIDE M. WEISBROD, Administratrix d. b. n. of the Estate of JACOB H. WEISBROD, Impleaded with HELEN V. CONNOR.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DONALD J. FLAMM v. CHELSEA BANK AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THOMAS J. O'BRIEN v. MUNSON STEAMSHIP LINE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MARIA SCHISANO v. MARY MANSUETA and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

GASPARO OCCHIUTO v. MARY MANSUETA and Others, Impleaded with MARIA SCHISANO.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

AMERICAN SURETY COMPANY OF NEW YORK v. EMPIRE TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANTONIO PELLINO and Another v. 3232 HULL AVENUE REALTY CORPORATION.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

GEORGE TRACEY v. UNITED STATES TRUCKING CORPORATION, Impleaded with AJAX TRUCKING CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon said defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

LILA GREENBERG, an Infant, by CHARLES GREENBERG, Her Guardian ad Litem, and CHARLES GREENBERG v. LOUIS COHEN.— Motion for leave to appeal to the